Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Portland Division

| | | |
|---|---|---|
| Bryan Patrick West<br>Sid # 19180944 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.　3:24-cv-01020-AA<br>*(to be filled in by the Clerk's Office)* |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Clackamas County Sheriff's Office
Officer Derek Huskisson # 52946
Officer Sean Collinson # 31074
Officer Ajax

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

 ( Amended )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Bryan Patrick West |
| All other names by which you have been known: | |
| ID Number | 19180944 |
| Current Institution | Oregon State Correctional Institution |
| Address | 3405 Deer Park Dr. |
| | Salem                    OR           97310 |
| | *City*                   *State*     *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Clackamas County Sheriff's Office |
| Job or Title *(if known)* | Sheriff's Department |
| Shield Number | |
| Employer | |
| Address | 2223 kaen rd |
| | Oregon City              OR           97045 |
| | *City*                   *State*     *Zip Code* |
| | ☒ Individual capacity     ☒ Official capacity |

Defendant No. 2

| | |
|---|---|
| Name | Derek Huskisson |
| Job or Title *(if known)* | Sheriff Officer |
| Shield Number | 52946 |
| Employer | Clackamas County Sheriff's Office |
| Address | 2223 kaen rd |
| | Oregon City              OR           97045 |
| | *City*                   *State*     *Zip Code* |
| | ☒ Individual capacity     ☒ Official capacity |

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Sean Collinson |
| Job or Title *(if known)* | Sheriff Officer |
| Shield Number | 31074 |
| Employer | Clackamas County Sheriff's Office |
| Address | 2223 kaen rd |

| Oregon City | OR | 97045 |
|---|---|---|
| *City* | *State* | *Zip Code* |

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | AJAX |
| Job or Title *(if known)* | Canine Sheriff Officer |
| Shield Number | (Trying to obtain) |
| Employer | Clackamas County Sheriff's Office |
| Address | 2223 kaen rd |

| Oregon City | OR | 97045 |
|---|---|---|
| *City* | *State* | *Zip Code* |

☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My civil rights such as my Fourth amendment and Eighth amendment Rights to legal Search and Seizure were violated, unlawful detainment, unlawful use of excessive force and cruel and unusual punishment.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you
     are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal
     officials?

     N/A

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any
     statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
     42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
     of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
     federal law. Attach additional pages if needed.

     The Clackamas County Sheriff's Office, for not implementing correct procedures and policies that
     coincide with the U.S. constitution. Failing to properly train officers in conducting legal search and
     seizures. As well as not providing K-9 units with correct training and it is unsafe for Officers to use
     during apprehnsions. Officer Sean Collinson for ordering subordinates to unlawfully deatin me when I
     was already released from custody and wasn't legally required to speak with law enforcement, also he
     failed to supervise by not intervening when he had the opportunity to redirect officer huskisson, and not
     directing Officer Huskisson to quit his reckless pursuit when I was transferred to Kaiser hospital. Derek
     Huskisson for knowingly violating my civil rights fourth amendment, and eighth amendment by
     harassing me when I was released from custody and transfered to hospital by AMR medical response.
     Not allowing me my right to legal search and seizure, he caused a wanton inficition of pain when he
     released a K-9 police dog to illegally arrest by means of excessive force when I wasn't under arrest.
     "SEE ATTACHED DOCUMENT NAMED SUPPORTING CLAIMS"

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On july 15th 2022 around 11 am at sunnyside kaiser hospital I left the Emergancy room and headed home when Clackamas county sheriffs office and officer Derek huskisson acted in their individual and official capacaities when he asked to speak with me when I was recently citated, given court dates and released from clackamas counties custody. I told officer huskisson I don't have to talk to him by law. With no probable cause he knowingly violated my fourth amendment by illegally detaining me with no reason for arrest and without warning releasing a K-9 Police Officer (Ajax). Not only was the arrest unlawful but the Clackamas County Sheriff's Office and Officer Derek Huskisson released a disobedient K-9 (Ajax) who wouldn't respond to verbal commands and after officer Huskissons failure to respond, eventually had to physically remove Officer Ajax from my arm causing serious injuries physically and mental.
"SEE ATTACHED DOCUMENT NAMED SUPPORTING CLAIMS"

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C.    What date and approximate time did the events giving rise to your claim(s) occur?

On july 15th 2022, around 11 am at sunnyside kaiser hospital.

D.    What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

On july 15th 2022, around 11 am at sunnyside kaiser hospital. I was harassed by Clackamas county sheriff's office and officer Derek Huskisson in his individual and official capacities he knowingly violated my fourth amendment and eighth amendment caused immense damage to my left arm, left forearm and left hand. Officer Derek Huskisson had no probable cause to speak with me and caused an intentional inflection upon me when he unlawfully arrested me with a K-9 police officer (Ajax) which during the apprehension he used excessive force for an abnormal amount of time and the K-9 unit wouldn't respond to any verbal or nonverbal commands which resulted in officer huskisson using physical force to detach the K-9 from my left arm. Prior to this event happening I was released from clackamas counties custody, transfered to Kaiser hospital, by AMR medical response. Officer huskisson gave me court dates and citations for warrants and charges. He shouldn't of been any where near Kaiser hospital he knowingly violated my civil rights contrary to the united states constitution when he recklessy pursued me for his own malicous intent. Due to Clackamas county sheriffs office and officer derek huskissons incompetency and disregard for my civil rights, fourth and eighth amendment I now am disabled physically and suffer severe mental illnesses. Officer Sean Collinson should have directed Officer huskisson to go about his day, or intervene as is position of a supervisor and instead didn't interfere when he knew Officer huskisson was recklessly pursuing me for own personal malicious intent, he is a liable bystander and directly liable as well. Officer collinson should of ordered officer Huskisson to stand by or wait for higher authorities opinion. Instead officer Huskisson apprehended me by means of excessive force, causing a wanton infliction of unecessary harm which was uncalled for, especially when I wasn't legally under arrest."SEE ATTACHED DOCUMENT NAMED SUPPORTING CLAIMS"

V.     **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Since the events described above on july 15ᵗʰ 2022 at kaiser hospital on sunnyside, My left arm has been damaged badly, its difficult to lifting anything over 25 pounds without severe pain. My left forarm was bitten several times by a K-9 police dog, it has caused immense amounts of pain in my everyday life I cannot complete tasks that I once could have. My left hand wont fully close or open all the way, my hand tends to swell a lot when I do anything physical. The mobility and overall strength in my left arm and its counterparts are at 70 percent from what it was prior to these events. Living and preforming everyday tasks has become more difficult, due to my ailments. Doctors have recomended surgery and physical therapy, hopefully helping the tendons grow back normally. Im praying that trying physical therapy will help with reducing the pain and help the overall mobility of my left arm and the counterparts. Unfortunately when I was assigned to physical therapy my hand and the tendons in my left foreram would swell up. Making it more difficult then it already is. Ive had to try and learn how to write, with my right hand. Being left hand dominate makes everything more difficult and stressful on my pysche and overall well being. I am trying my best to move forward mentally and physically but its tough not being able to have the strength and mental capacity I once had hopefully, when relief that im entitled to is granted ill be able to pay for some of my noramilties to come back through counciling, therapy and more intensive physical therapy and potentially surgery. I want to regain my strength as well as my piece of mind. Since the police dog attacked me I now suffer from paranoia and PTSD. I tend to avoid animals mainly "dogs" in particular and loud noises that bring back the stress and bad experience from these unfortunate events and the medication I take doesn't seem to really help with my mental disablities.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

For the relief I am entitled to I would appreciate if the court required defendents to pay two-hundred and fifty thousand dollars ($ 250,000) for punitive damages, pain and suffering and the major setbacks this has caused me and my family both physical, mental and emotional. As well as to compensate for my tattoos, any surgery, physical therapy and mental health counseling for my PTSD/paranoia I may require in the future. I would also like an injunction for clackamas county sheriff's office and their officers to be required to take more training so that incidents like this are not repeated as well as using a different method for apprehnesions and a restraining order on officer Derek Huskisson and Sean Collinson. Thank you and god bless!

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

N/A

2.   What did you claim in your grievance?

N/A

3.   What was the result, if any?

N/A

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:

       N/A

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

       I filed a TORT claim through the mail, against all defendents with the city counsel of oregon city in november of 2022, and never received a response.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    I contacted the oregon city office of city counsel multiple times before filing 1983 and never received one response.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)     N/A

Defendant(s)    N/A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    N/A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)     N/A

Defendant(s)    N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.   Docket or index number

N/A

4.   Name of Judge assigned to your case

N/A

5.   Approximate date of filing lawsuit

N/A

6.   Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition     N/A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              3/17/2025

| | |
|---|---|
| Signature of Plaintiff | |
| Printed Name of Plaintiff | Bryan Patrick West |
| Prison Identification # | 19180944 |
| Prison Address | OSCI- 3405 Deer Park Drive |
| | SALEM                          OR          97310 |
| | City                        State       Zip Code |

### B.    For Attorneys

Date of signing:          N/A

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | City                        State       Zip Code |
| Telephone Number | N/A |
| E-mail Address | N/A |

United States District Court

# Supporting Claims

### Claim One:

On July 15th, 2022 at 11 am, I left the Sunnyside Kaiser hospital. Clackamas County Sheriffs Office and Officer Derek Huskisson # 52946, was ordered and approved by Officer Sean Collinson # 31074 to make an unlawful arrest by means of excessive force. The fourth and eighth amendment, and my civil rights were violated when Sean Collinson acted in his individual and official capacities ordering officer Derek Huskisson who acted in his individual and official capacities, releasing a viciously uncontrollable police officer AJAX (K-9 unit) (refer to police report #22-015920 – use of excessive force). Officer Derek Huskisson wanted to speak with me. Since I wasn't under arrest and was recently cited and given court dates, I told officer Derek Huskisson by law I was not required to speak with him. I proceeded to walk away shortly after without warning I was attacked by police officer AJAX (K-9 unit). AJAX ripped into my left arm and forearm biting me several times. AJAX was latched onto my arm for over two minutes and forty seconds. Officer Derek Huskisson then made multiple attempts to verbally command police officer AJAX to stop attacking me. After five tries of yelling at officer AJAX and zero response, officer Huskisson then cuffed me and then struggled physically to pry the untamed police officer AJAX off of my mangled arm.

### Claim Two:

On July 15th, 2022 at Sunnyside Kaiser Hospital, Clackamas County Sheriff's Office and officers Derek Huskisson, Sean Collinson and AJAX collectively worked in concert in their individual and official capacities, violating my civil rights, such as the fourth and eighth amendments. Making an unlawful arrest with no probable cause and denying me my right to legal search and seizure. I was walking home and released out of counties custody, received citations with court dates and transferred to the hospital by AMR medical response. Officer Sean Collinson was aware of these events and still allowed the unlawful events to continue to occur, when at some point he should have at least intervened and redirected officer Huskisson. Clackamas county sheriff's office and officer Huskisson had no reason to be anywhere near me after I was released from custody and given court dates on warrants and charges, two hours prior. Clackamas County Sheriff's Office failed to properly train their officers to follow proper policy and procedure that coincide with the United States constitution. Clackamas county sheriff's office provides community protection with incompetent officers and K-9s that are uncontrollable and unresponsive to commands.

### Claim Three:

During an unlawful detainment on July 15th, 2022 at Sunnyside Kaiser hospital officer Derek Huskisson released police officer AJAX (K-9 unit) to apprehend me by means of excessive force. Police officer AJAX bit into my left arm, damaging multiple nerves and tendons on my left forearm. The attack destroyed the strength and mobility of my arm and has affected the use of my left hand greatly. Also, while mangling my left arm, officer AJAX (K-9) as well causing me to sustain severe mental trauma and illness. During my stay in the hospital officer Huskisson violated my fourth amendment right by illegally searching the contents of my bag without a warrant or probable cause after I told him to throw it away, when he asked what I want done with the backpack. Due Clackamas County Sheriff's Office failure to properly train their officers, and provide their officer with obedient K-9 units. I have disabilities for the rest of my life and mental health diagnosis I did not have before this incident. To this day I still require surgery, physical therapy and mental health counseling.

### Overview of Personal Involvement:

SEAN COLLINSON – Acted in his individual and official capacities. Knowingly violated my civil rights and the fourth and eighth amendment. Failing to properly supervise his subordinates, intervene during critical situations with the officers he is accountable for and his negligence has caused him to be an important part of my civil rights and US constitutional amendments being violated. "described in the events above"

DEREK HUSKISSON – Acted in his individual and official capacities, when knowingly violated my civil rights and the fourth and eighth amendments. "described in the events above"

CLACKAMAS COUNTY SHERIFF'S OFFICE – Acted in their official capacity, knowingly violated my civil rights and fourth and eighth amendment by not implementing the correct policies and procedures that coincide with the U.S. constitution. Failing to properly train their officers with pro social skills and knowledge of American's rights and constitutional amendments. Not providing their canine police dogs with adequate training as shows by AJAX failing to respond to verbal and non-verbal commands. "described in the events above"

AJAX – Acted in his individual and official capacity when he didn't respond to Huskisson's commands. "described in the events above"

**CERTIFICATE OF SERVICE**

CASE NAME: Bryan P West _____ v. Clackamas County Sheriff's Office, ETAC

CASE NUMBER: (if known) 324Cv01020AA

COMES NOW Bryan P West _____, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at OSCI
3405 Deer park DR, Salem OR 97310

That on the 18th day of MARCH, 2025, I personally placed in the

Correctional Institution's mailing service A TRUE COPY of the following:

Civil Cover Sheet, Amended Complaint
Motion to Amend Complaint, Certificate of Service

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s)
named at the places addressed below: " Court Clerk"

US District Court
for the district of oregon
Courthouse, Room #1507
1001 SW Third avenue
Portland OR 97204

_____
(Signature)

Print Name Bryan P West
S.I.D. No.: 19180944
PRO SE
OSCI 3405 Deer park DR
Salem OR 97310